**JS-6 / REMAND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL GARMENT WASH & DYE, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SUSAN SIRKIN dba Sirkin Insurance Agency, EVANSTON INSURANCE COMPANY, and DOES 2-20,<br><br>        Defendants.<br><br>EVANSTON INSURANCE COMPANY,<br><br>        Counterclaimant,<br><br>    v.<br><br>UNIVERSAL GARMENT WASH AND DYE, LLC,<br><br>        Counterdefendant. | Case No. CV 22-1128-DMG (JEMx)<br><br>**ORDER ON DEFENDANT EVANSTON INSURANCE COMPANY'S NOTICE OF WITHDRAWAL [16]** |

On February 18, 2022, Defendant Evanston Insurance Company ("Evanston") removed this case from the Los Angeles County Superior Court to this Court, invoking diversity jurisdiction. [Doc. # 1.] The Court issued an Order to Show Cause ("OSC") regarding this Court's jurisdiction on March 9, 2022. [Doc. # 10.] In response to this Court's OSC, Evanston withdrew its Notice of Removal and agreed to a remand of the case to state court. [Doc. # 16.]

Accordingly, the Court **REMANDS** this action to the Los Angeles County Superior Court. Plaintiff's Motion to Remand [Doc. # 11] and Plaintiff's Motion to Dismiss Counterclaim of Evanston Insurance Company [Doc. # 12] are **DENIED as moot**. All hearings and other scheduled dates and deadlines are **VACATED**.

**IT IS SO ORDERED.**

DATED: March 28, 2022

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE